United Food & Commercial Workers Local No. 7
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PMG98W00410171
LANCE HEATH



ıₗⁱₗᵈₗᵈₗᵈˡᵘᵘⁱˡˡⁱᵈₗⁱₗᵈₗᵈₗⁱₗⁱₗˡⁱˡⁱˡₗˡⁱₗⁱᵘₗˡˡⁱₗˡₗₗₗⁱᵈˡⁱ



September 22, 2025

**Re:** *Notice of Data Privacy Incident*

Dear Lance Heath:

United Food & Commercial Workers Local No. 7 (UFCW) takes privacy and security very seriously. As part of that commitment, we write to notify you of a data privacy incident involving your personal information. This notice explains the incident, our response, and steps you can take to help protect your personal information. We are also offering the opportunity to enroll in complimentary credit monitoring and identity protection services.

**What Happened:** On December 11, 2024, we discovered suspicious activity in our network. Upon discovery, we took immediate action to secure our network, and we partnered with cyber incident response professionals to investigate the incident. As part of the investigation, we learned that certain data may have been accessed or acquired by an unauthorized actor on December 10, 2024. As a result, we underwent a comprehensive data review to determine what information was involved and to whom that information belonged. On August 21, 2025, after the completion of our investigation, we determined that certain of your personal information was included in the data set.

**What Information Was Involved:** Our review of the files determined your first and last name, in combination with your Social Security number were present within certain files within the data set.

**What We Are Doing:** Upon learning of the incident, we took immediate steps to address it, including securing our systems and taking parts of our network offline. We partnered with cyber incident response professionals, and notified both local federal law enforcement of this incident. We have taken our response to this incident seriously, and we are reviewing and updating our existing security policies and protections already in place on our network. We also implemented additional security to safeguard against evolving threats moving forward.

As an added protection, we are offering 12 months of complimentary credit monitoring and identity protection services through Cyberscout, a TransUnion company. Instructions for how to enroll in these services are enclosed.

**What You Can Do:** As a general matter, it is good practice to remain vigilant for incidents of identity theft and fraud, from any source, by reviewing your credit reports and account statements for suspicious activity and errors. If you discover any suspicious or unusual activity on your accounts, promptly contact your financial institution or service provider. You may also file a report with law enforcement, your state attorney general, and/or the Federal Trade Commission. Please refer to the enclosed *"Steps You Can Take to Help Protect Your Information"* for additional resources you may take advantage of to protect against fraud and identity theft, should you find it appropriate to do so.