AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| LANCE HEATH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL NO. 7R,<br><br>*Defendant(s)* | Civil Action No. 25-cv-3105-STV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United Food and Commercial Workers Union Local No. 7R
c/o Kim C. Cordova - Registered Agent
7760 West 38th Avenue
Wheat Ridge, CO 80033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
sean@sanfordlawfirm.com
service@eksm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/2/2025



s/ E. Gutho

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-3105**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **United Food and Commercial Workers Union Local No 7R c**
was recieved by me on  **10/04/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Jelisa Thompson**, who is designated by law to accept service of process on behalf of **United Food and Commercial Workers Union Local No 7R c** at **7760 W 38th Ave, Wheat Ridge, CO 80033** on **10/06/2025 at 2:56 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 68.90** for services, for a total of **$ 68.90**.

I declare under penalty of perjury that this information is true.

Date:    10/06/2025

_____
*Server's signature*

**Trevor Steldt**
*Printed name and title*

**11720 W 29th Place
Lakewood, CO 80215**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Jelisa Thompson who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**



Tracking #: **0189543516**

