**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| LANCE HEATH, on behalf of himself and all others similarly situated, | Case No. 1:25-cv-03105 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF THE FILING OF A MOTION TO CONSOLIDATE** |
| v. | |
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL NO. 7R. | |
| Defendant. | |

Plaintiff Lance Heath hereby provides notice that a Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel was filed in the first filed Related Case within this District: *Gerisue Hancock v. United Food and Commercial Workers Union, Local No. 7R,* Case No. 1:25-cv-03013-TPO. A copy of the motion to consolidate is attached as **Exhibit A**. Plaintiff Heath supports consolidation of this action with all related actions as requested by the motion to consolidate.

Dated: October 13, 2025    By: */s/ Sean Short*_____
Sean Short
Arkansas Bar No. 2015079
sean@sanfordlawfirm.com
service@eksm.com
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

**COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS**

**<u>CERTIFICATE OF SERVICE</u>**

I, Sean Short, hereby certify that on October 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 13th day of October, 2025.

SANFORD LAW FIRM, PLLC

By: *<u>/s/ Sean Short</u>*
Sean Short
Arkansas Bar No. 2015079
sean@sanfordlawfirm.com
service@eksm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040