# UNITED STATES DISTRICT COURT DISTRICT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **LANCE HEATH**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL NO. 7R**,<br><br>*Defendant*. | INDEX NO.: 1:25-cv-03105-STV<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Lance Health ("Plaintiff") hereby filed his Notice of Voluntary Dismissal of his claims against Defendant United Food and Commercial Workers Union Local No. 7R, without prejudice.

Dated: November 18, 2025,

Respectfully Submitted,

*/s/ Sean Short*
Sean Short
Arkansas Bar No. 2015079
sean@sanfordlawfirm.com
service@eksm.com
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

**COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS**

## CERTIFICATE OF SERVICE

I hereby certify the on November 18th, 2025, a true and correct copy of the foregoing Notice of Voluntary Dismissal was electronically filed using the Courts CM/ECF program effectuating service on all counsel of record.

*/s/ Sean Short*
Sean Short