# UNITED STATES DISTRICT COURT DISTRICT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **LANCE HEATH**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL NO. 7R**,<br><br>*Defendant*. | INDEX NO.: 1:25-cv-03105-STV<br><br>**[proposed] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

On this day, the Court considered Plaintiff Lance Heath's Voluntary Dismissal of his claims against Defendant United Food and Commercial Workers Union Local No. 7R.

IT IS HEREBY ORDERED that Plaintiff lance Heath's voluntary dismissal on his claims against United Food and Commercial Workers Union Local No, 7R., without prejudice is GRANTED.

Signed this _____ day of _____, 2025.

_____
Honorable United States Distract Jude Scott T. Varholak